## NATIONAL BISCUIT CO. *v.* PENNSYLVANIA.

No. 990.   Decided June 30, 1958.

*Roy J. Keefer* and *Leslie M. Swope* for appellant.

*Thomas D. McBride,* Attorney General of Pennsylvania, and *George W. Keitel,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.